**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CARLOS SCOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-290-JDK-KNM |
| | § | |
| PALESTINE POLICE DEPT., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Carlos Scott, a prisoner now confined within the Texas Department of Criminal Justice (TDCJ), proceeding pro se and *in forma pauperis*, filed this § 1983 claim, arguing that the police wrongfully accused him of possessing illegal substances and seeking his immediate release from prison. Docket No. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On June 3, 2026, Judge Mitchell issued a Report, noting that because Plaintiff is currently serving a fifteen-year prison sentence for possession of a controlled substance, Plaintiff's lawsuit is really a collateral attack on his conviction and sentence that is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Docket No. 22 at 2–4. Accordingly, Judge Mitchell recommended that the Court dismiss Plaintiff's claims with prejudice to their being asserted again until the *Heck* conditions are met. *Id.* at 4–5. She also recommended that the Court deny Defendants Martin and

1

Nicholson's motion to dismiss, (Docket No. 15), and motion for summary judgment, (Docket No. 20), as moot in light of *Heck*.

A copy of this Report was mailed to Plaintiff at his last-known address, with an acknowledgment card. The docket reflects that the mail sent to Plaintiff has been returned to the Court as "undeliverable," (Docket Nos. 23, 24). Plaintiff, to date, neither filed objections nor a notice of a change of address.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews Judge Mitchell's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 22) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice to their

being asserted again until the *Heck* conditions are met.  Defendants Martin and Nicholson's motion to dismiss, (Docket No. 15), and motion for summary judgment, (Docket No. 20), are **DENIED** as moot in light of *Heck*.

So **ORDERED** and **SIGNED** this **19th** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE